**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-cr-00001-JAD-CWH |
| Plaintiff; | |
| vs. | **ORDER** |
| HENRIQUE ORTOLANI DE SOUZA REAL, | |
| Defendant. | |

Based upon the stipulation of the parties, and good appearing, it is hereby ORDERED that Mr. Real's sentencing hearing currently set for February 11, 2019, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for April 15, 2019, at the hour of 10:30 a.m.

DATED: _____1/11/2019_____

_____
JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PARKWAY, SUITE 202
HENDERSON, NEVADA 89012
TEL : 702.463.9074