NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>(#18) HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br>    a/k/a "Henrique Real," a/k/a "Bomba,"<br><br>                Defendant. | **CASE NO: 2:17-cr-00001-JAD-CWH**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Fourth Request)** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and KATHLEEN BLISS, Esq., counsel for Defendant HENRIQUE ORTOLANI DE SOUZA VILA REAL, that the sentencing hearing date in the above-captioned matter, currently scheduled for April 22, 2019, at 1:30 p.m., be vacated and continued until a time convenient to the Court, preferably sometime during the period May 21, 2019 through June 7, 2019.

This Stipulation is entered into for the following reasons:

1.     Counsel for the government's collateral duties within the United States Attorney's Office require him to be in another jurisdiction during April 22-25, 2019, which

includes the date this matter is currently set for sentencing.

2. The Defendant is currently serving a sentence in another case and does not oppose this request.

3. Due to defense counsel's trial and litigation schedule, the parties are requesting a new date sometime during the period May 21, 2019 through June 7, 2019.

4. This is the fourth request for a continuance of the sentencing.

5. This request is made in good faith and not for purposes of delay.

Dated this 7th day of March, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ _____
KATHLEEN BLISS, Esq.,
Counsel for Defendant REAL

By: /s/ _____
PATRICK BURNS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> (#18) HENRIQUE ORTOLANI DE SOUZA VILA REAL, <br>  a/k/a "Henrique Real," a/k/a "Bomba," <br><br> Defendant. | **CASE NO: 2:17-cr-00001-JAD-CWH** <br><br><br> **FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government's collateral duties within the United States Attorney's Office require him to be in another jurisdiction during April 22-25, 2019, which includes the date this matter is currently set for sentencing.

2. The Defendant is currently serving a sentence in another case and does not oppose this request.

3. Due to defense counsel's trial and litigation schedule, the parties are requesting a new date sometime during the period May 21, 2019 through June 7, 2019.

4. This is the fourth request for a continuance of the sentencing.

/ / /

/ / /

/ / /

## ORDER

IT IS FURTHER ORDERED that the sentencing in *Henrique Ortolani de Souza Vila Real*, 2:17-CR-00001-JAD-CWH, previously scheduled for April 22, 2019, at 1:30 p.m. is vacated and continued until June 3, 2019, at the hour of 9:00 a.m.

DATED: 3/13/2019

By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT