KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PARKWAY, SUITE 202
HENDERSON, NEVADA 89012
TEL : 702.463.9074

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA REAL,<br><br>    Defendant. | CASE NO.: 2:17-cr-00001-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 563 |

Based upon the stipulation of the parties, and good appearing, it is hereby ORDERED that Mr. Real's sentencing hearing currently set for June 3, 2019, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for July 8, 2019, at 10:30 a.m.

DATED: 5/10/2019

_____
JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE