**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA REAL,<br><br>Defendant. | CASE NO.: 2:17-cr-00001-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 566 |

Based upon the stipulation of the parties, and good appearing, it is hereby ORDERED that Mr. Real's sentencing hearing currently set for July 8, 2019, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for October 15, 2019, at the hour of 9:30 a.m. In light of the length of this continuance and the high number of continuances granted, the court is not likely to grant any further continuances based on family's inability to attend the hearing.

DATED: 5/29/2019

_____
JUDGE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PARKWAY, SUITE 202
HENDERSON, NEVADA 89012
TEL : 702.463.9074