KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Henrique Ortolani De Souza Vile Real*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>Defendant. | CASE NO.: 2:17-CR-00001-JAD-DJA<br><br>ORDER GRANTING<br>**MOTION TO CONTINUE THE TIME FOR NOTICE OF APPEAL**<br><br>ECF No. 663 |

Defendant Henrique Ortolani De Souza Vile Real, and through his attorney of record, Kathleen Bliss, Esq., hereby requests a 30-day extension to file a Notice of Appeal, should defendant seek to pursue any appellate issues. The Court can continue the time for filing a notice of appeal under FRAP 4(b) for good cause, pursuant to FRAP4(b)5. Good cause exits to consider defendant's motion to correct judgment, filed on this date, January 30, 2020, ECF. No 662, and for defendant to retain appellate counsel should he decide to pursue an appeal, as undersigned counsel plans on filing a motion to withdraw forthwith.

Dated this 30th day of January 2020.

Kathleen Bliss Law pllc

*/s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012

## ORDER

The Court, having fully considered the Motion to continue the time for Notice of Appeal, and finding good cause, hereby GRANTS counsel's motion. Defendant's deadline to file his Notice of Appeal is extended by 30 days.

Dated this 4th day of February, 2020.

_____
THE HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT JUDGE