KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> vs. <br><br> HENRIQUE ORTOLANI DE SOUZA VILA REAL, <br><br> Defendant. | CASE NO.: 2:17-CR-00001-JAD-DJA <br><br> **ORDER** <br><br> ECF No. 673 |

Based upon the stipulation of the parties, and good cause appearing, it is hereby

ORDERED that Mr. Real's status hearing regarding Correction of Judgment currently set for March 13, 2020, be,

and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the status hearing regarding Correction of Judgment is reset for April 20, 2020, at the hour of 10:30 a.m. The defendant's appearance is waived.

DATED: 3/11/2020

_____
THE HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT JUDGE