KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>  Defendant. | CASE NO.: 2:17-CR-00001-JAD-DJA<br><br>**ORDER Granting ECF No. 683** |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Real's status hearing regarding Correction of Judgment currently set for April 20, 2020, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the status hearing regarding Correction of Judgment is reset for June 8, 2020, at the hour of 9:30 a.m. Defendant's appearance is waived.

DATED: April 9, 2020.

_____
THE HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT JUDGE