KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Henrique Ortolani De Souza Vile Real*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>Defendant. | CASE NO.:  2:17-CR-00001-JAD-DJA<br><br>**MOTION TO CONTINUE THE TIME FOR NOTICE OF APPEAL**<br>**(Fourth Extension)** |

  Defendant Henrique Ortolani De Souza Vile Real, and through his attorney of record, Kathleen Bliss, Esq., hereby requests a 40-day extension to file a Notice of Appeal, should defendant seek to pursue any appellate issues. The Court can continue the time for filing a notice of appeal under FRAP 4(b) for good cause, pursuant to FRAP4(b)5.  Good cause exits as the parties await the status of the Federal Bureau of Prison's calculation of time-served on Mr. Real's sentence. Judgment was entered in this case on January 22, 2020. ECF No. 659. A status conference for the motion to correct judgement is on June 8, 2020. ECF. No. 685.

  Defendant filed a motion to enlarge the time for filing a notice of appeal, which was granted on April 9, 2020. ECF No. 685, respectively. With the extension, Mr. Real's notice of appeal would be due on June 13, 2020.

Dated this 4th day of May 2020.

KATHLEEN BLISS LAW PLLC

*/s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012

## **ORDER**

The Court, having fully considered the Motion to continue the time for Notice of Appeal, and finding good cause, hereby GRANTS counsel's motion, and it is ORDERED that a Notice of Appeal shall be filed on June 13, 2020.

Dated this 5th day of May 2020.

_____
THE HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT JUDGE