KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Henrique Ortolani De Souza Vile Real*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff;<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>　　　　Defendant. | CASE NO.:   2:17-CR-00001-JAD-DJA<br><br>**STIPULATION AND PROPOSED ORDER FOR CORRECTION OF JUDGMENT**<br><br>ECF Nos. 659, 692 |

　　IT IS HEREBY STIPULATED AND AGREED, by and between SIMON KUNG, Assistant United States Attorney, and KATHLEEN BLISS, counsel for defendant Henrique Ortolani De Souza Vile Real, that this Court correct the Judgment herein by ordering a variance of 24 months from the Judgment entered in this case, ECF No. 659, pursuant to Fed.R.Crim.P. 35. This stipulation is entered into based upon the following:

1. On November 7, 2016, federal agents arrested defendant pursuant to federal charges stemming from drug distribution. A federal grand jury indicted defendant on November15, 2016, in Case No. 2:16-cr-331-JCM ("the drug case").

2. Defendant was indicted in the instant case on fraud charges on January 3, 2017. ECF No. 1 ("the fraud case").

3. On July 9, 2018, Defendant pleaded guilty in the fraud case to Count 2, use or trafficking

in unauthorized access device, and Count 26, aggravated identity theft. ECF No. 361. Subsequently, on August 30, 2018, defendant pleaded guilty to Counts 1 and 4 in the drug case, Case No. 2:16-cr-331-JCM, possession with intent to distribute a controlled substance. ECF No. 73. In both plea agreements as to these two cases, the parties requested concurrent sentences: Count 2 of the fraud case to run concurrently with the sentence in 2:16-cr-331-JCM, Plea Agreement at 13, ECF No. 74; and vice versa, Plea agreement in Case No. 2:17-cr-001-JAD, at 11, ECF No. 361. The parties recognized that the aggravated identification fraud charged in Count 26 had to run consecutively by operation of law, 18 U.S.C. § 1028A(a)(1).

4. Defendant proceeded with sentencing in the drug case on January 23, 2019. Judge Mahan sentenced defendant to a term of 30 months, "to run concurrent . . .to Count 2 in case 2:17-cr-001-JAD and consecutive to Count 26 in case 2:17-cr-001-JAD. ECF No. 84.

5. Judge Mahan amended the judgment on May 13, 2019, pursuant to Fed. R. Crim. P. 36, to comport with *United States v. Montes-Ruiz*, 745 F.3d 1286 (9th Cir. 2014) and 18 U.S.C. § 3584. ECF 85, 86.

6. On January 22, 2020, this Court sentenced defendant to a total sentence of 56 months, with 36 months concurrent to Judge Mahan's sentence for Count 2 and 20 months consecutive as to Count 26. ECF No. 659.

7. The BOP has determined that defendant's release date is December 10, 2022. The BOP's calculation includes credit for time served from December 19, 2018 to January 20, 2020, *i.e.* 397 days. However, the intent of the parties' plea agreement was for defendant to receive credit for time served from January 3, 2017 (when he was indicted for the fraud case) to January 20, 2020 (*i.e.*, 1112 days). That is, the parties intended for defendant to

receive an additional 715 days (*i.e.* about 24 months) of credit for time served.

8. In order to correctly reflect the plea agreement of the parties, the parties thus stipulate to a downward variance of 24 months to adequately account for the time defendant previously served in the drug case after his arrest in the fraud case. Accordingly, the parties ask that the Court amend defendant's sentence to a sentence of 12 months (*i.e.* 36 minus 24) as to Count 2, to run concurrent to the sentence in the drug case, and 20 months consecutive as to Count 26.

Dated this 29th day of May 2020.

/s/ Simon Kung  
Simon Kung, Esq.  
Assistant United States Attorney

/s/ Kathleen Bliss  
Kathleen Bliss, Esq.  
Counsel for Defendant

**ORDER**

Based on the parties' stipulation [ECF No. 692] and good cause appearing, IT IS HEREBY ORDERED that the JUDGMENT as to Henrique Ortolani De Souza Vila Real [ECF No. 659] be AMENDED to impose a sentence of 12 months on Count 2, to run concurrent to the sentence imposed in Case No. 2:16-cr-331-JCM; and a sentence of 20 months on Count 26, to run consecutive to the sentence on Count 2.

IT IS FURTHER ORDERED that the status conference scheduled for 6/8/2020 at 9:30 a.m. is VACATED as moot.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: June 4, 2020